UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br>vs.<br><br>MARIA DELSOLORRO GARIBAY,<br><br>                Defendant. | CR 20-CR-40094<br><br>REDACTED INDICTMENT<br><br>Conspiracy to Distribute a Controlled Substance; Conspiracy to Launder Monetary Instruments<br><br>21 U.S.C. §§ 841(a)(1) and 846 and 18 U.S.C. §§ 1956(h) and 1956(a)(1)(B)(i) |

The Grand Jury charges:

COUNT 1.

Beginning on an unknown date and continuing until on or about the date of this indictment, in the District of South Dakota and elsewhere, Maria Delsolorro Garibay, did knowingly and intentionally combine, conspire, confederate, and agree, with others known and unknown to the Grand Jury, to knowingly and intentionally distribute 500 grams or more of a mixture and substance containing methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. §§ 841(a)(1) and 846.

COUNT 2.

Beginning on an unknown date and continuing to on or about the date of this indictment, in the District of South Dakota, Maria Delsolorro Garibay, did knowingly and intentionally combine, conspire, confederate, and agree, with

others known and unknown to the Grand Jury, to knowingly conduct and attempt to conduct financial transactions affecting interstate and foreign commerce, to wit: organizing and conducting money transfers at financial institutions, which involved the proceeds of a specified unlawful activity, that is, conspiracy to distribute a controlled substance, knowing that the transactions were designed in whole and in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of said specified unlawful activity, and that while conducting and attempting to conduct such financial transactions knew that the property involved in the financial transactions represented the proceeds of some form of unlawful activity, all in violation of 18 U.S.C. §§ 1956(h) and 1956(a)(1)(B)(i).

A TRUE BILL:

**Name Redacted**

_____
Foreperson

RONALD A. PARSONS, JR.
United States Attorney

By: /s/ *[signature]*